UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RONALD T. KNIGHT,** )<br>)<br>    **Plaintiff,** )<br>) **CIVIL ACTION FILE NO.**<br>**v.** )     _____<br>)<br>**NAVIENT LLC and NAVIENT** )<br>**SOLUTIONS INC., and such of their** )<br>**known (SLM Corporation and Sallie** )<br>**Mae Inc) and unknown ("John Doe"** )<br>**and "Jane Doe") parents, affiliates,** )<br>**subsidiaries, predecessors, successors,** )<br>**and agents who may be liable to the** )<br>**plaintiff (collectively "Sallie Mae"),** )<br>)<br>    **Defendants.** )<br>_____ ) | |

## DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION

Defendants Navient, LLC (which has been merged into Navient Corporation) and Navient Solutions, Inc. ("Defendants") in a civil action pending in the Superior Court of Bibb County, Georgia, file this Notice of Removal of a Civil Action brought by Plaintiff Ronald T. Knight ("Plaintiff"). Defendants do not waive any available defenses and, in fact, specifically preserve the right to later object and move on the basis of all available defenses. The grounds in support of this Notice of Removal are as follows:

1.   **The Superior Court Action.**  Plaintiff filed his Complaint on November 3, 2014, in the Superior Court of Bibb County, Georgia, under case number 14cv61859 ("Superior Court Action"). Pursuant to 28 U.S.C. §1446(a), copies of the pleadings are attached hereto as **Exhibit A**. Defendants certify that no other pleadings, process or orders have been served on them at the time this Notice is filed.

2.      Defendant Navient, LLC was served with the Summons and Complaint on November 14, 2014, and Defendant Navient Solutions, Inc. was served with the Summons and Complaint on November 6, 2014.  Both Defendants consent to the removal of this action.

3.      **This Notice is Timely Pursuant to 28 U.S.C. § 1446(b).**  This Notice of Removal of Civil Action is timely pursuant to 28 U.S.C. § 1446(b) because the Superior Court Action is being removed within the statutory 30-day period after the date that the first Defendant was served with the Complaint.

4.      **Removal is Appropriate.**  Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.      Plaintiff has pled the following federal cause of action: violations of 15 USC §1681s-2 of the Fair Credit Reporting Act, 15 USC §§1681 *et seq.* ("FCRA").  This cause of action arises under the laws of the United States and therefore this district court has federal question jurisdiction in this matter.

6.      **Supplemental Jurisdiction.**  28 U.S.C. §1367 states:

(a) Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

7.      In this case, as this Court has original jurisdiction over the federal question FCRA claim, it also has supplemental jurisdiction over the state law claims asserted in Plaintiff's Complaint.  These claims include the following: violations of the Fair Business Practices Act, the

Unfair or Deceptive Practices Toward the Elderly Act, the Georgia Computer Systems Protection Act, and fraud.

8.     **Notice Filed in Superior Court.**  In accordance with the requirements of 28 U.S.C. § 1446(d), upon filing this Notice, Defendants will give written notice to Plaintiff as well as to the Clerk of the Superior Court of Bibb County, Georgia, that this action has been removed to federal court by furnishing copies of this Notice and all attachments hereto

WHEREFORE, because the Complaint pleads a federal cause of action and this Court has federal question jurisdiction and supplemental jurisdiction over the claims in this matter, Defendants pray that the Superior Court Action be removed to the United States District Court for the Middle District of Georgia.

This 5th day of December, 2014.

*/s/ Deepa N. Subramanian*
Deepa N. Subramanian
GA Bar No. 278625
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
T: (404) 881-1300
F: (404) 870-1732
deepa.subramanian@ogletreedeakins.com

Joel A. Howe
GA Bar No. 371790
Martin Snow, LLP
240 Third Street
PO Box 1606
Macon, GA 31202-1606
T: (478) 749-1718
F: (478) 743-4204
jahowe@martinsnow.com

Counsel for Defendants

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **RONALD T. KNIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.** ) | _____ |
| ) | |
| **NAVIENT LLC and NAVIENT** ) | |
| **SOLUTIONS INC.** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

It is hereby certified that Defendants have filed the foregoing *Defendants' Notice of Removal of Civil Action* via the Court's CM/ECF system and have delivered same to the following attorneys of record in the Superior Court Action via FedEx:

David F. Addleton
355 Cotton Ave.
Macon, GA 31201

Charles Pekor
3565 Piedmont Road NE
Building One, Suite 460
Atlanta, GA 30305

This 5th day of December, 2014.

*/s/ Deepa N. Subramanian*___
Deepa N. Subramanian
GA Bar No. 278625